03 FEB 13 PM 4:53

BY: _____ POV _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0363 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship |
| JOSE RICO-CARRILLO, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about January 31, 2008, within the Southern District of California, defendant JOSE RICO-CARRILLO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States,

WMC:fer:San Diego
2/12/08

1 that was a substantial step toward committing the offense, all in
2 violation of Title 8, United States Code, Sections 1326(a) and (b).
3     It is further alleged that defendant JOSE RICO-CARRILLO, was
4 removed from the United States subsequent to May 29, 1998.

5                              Count 2

6     On or about January 31, 2008, within the Southern District of
7 California, defendant JOSE RICO-CARRILLO did falsely and willfully
8 represent to Department of Homeland Security, Bureau of Customs and
9 Border Protection Officer R. Constantino, a person having good reason
10 to inquire into the nationality status of the defendant, that he was
11 a citizen of the United States; whereas, in truth and fact, as the
12 defendant then and there well knew, he was not a citizen of the United
13 States; in violation of Title 18, United States Code, Section 911.

14     DATED: February 13, 2008.

15                                        A TRUE BILL:

16

17                                        _____
18                                        Foreperson
     KAREN P. HEWITT
19   United States Attorney

20

21   By: _____
22       W. MARK CONOVER
         Assistant U.S. Attorney

23

24

25

26

27

28

                                   2